ROLAND A. THIBODEAU, an Infant, by FRANCES JAMESON, His Guardian ad Litem, et al., Appellants, *v.* GEROSA HAULAGE & WAREHOUSE CORPORATION et al., Respondents.

Argued April 20, 1938; decided May 24, 1938.

*I. Maurice Wormser* and *Edward A. Coleman* for appellants.

*James I. Cuff, James I. McGuire* and *James A. Hughes* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.